Robert McC. MARSH, as Receiver of the ABCO Boiler Corporation, Plaintiff-Appellee, v. SALTSER & WEINSIER, Inc., Defendant-Appellant.

No. 218.

Circuit Court of Appeals, Second Circuit.

Feb. 7, 1930.

Joseph Katz, of Brooklyn, N. Y., for appellant.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Judgment affirmed in open court.